```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 10356
   TOMMY E RICE
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8977


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/23/2006 and was confirmed 10/19/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was dismissed after confirmation 02/19/2009.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC    10300.00        1684.61        3158.91
AMERICASH LOANS           UNSECURED         1132.45            .00            .00
AMERICASH LOANS LLC       UNSECURED          320.71            .00            .00
AMERICASH LOANS LLC       UNSECURED          300.30            .00            .00
AMERICASH LOANS           UNSECURED          438.04            .00            .00
FIRST PREMIER BANK        UNSECURED        NOT FILED          .00            .00
THE DIAMOND CENTER        SECURED NOT I     571.74            .00            .00
ASPIRE                    UNSECURED          303.01            .00            .00
UNIVERSAL LENDER INC      UNSECURED        NOT FILED          .00            .00
AFNI/VERIZON WIRELESS     UNSECURED          290.09            .00            .00
AMERICREDIT FINANCIAL SV  UNSECURED          597.23            .00            .00
RJM AQUISITIONS FUNDING   UNSECURED           86.70            .00            .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      290.00            .00         290.00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      2,700.00                          .00
TOM VAUGHN                TRUSTEE                                         359.94
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   5,493.46

PRIORITY                                         290.00
SECURED                                        3,158.91
   INTEREST                                    1,684.61
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             359.94
DEBTOR REFUND                                       .00
                          ---------------    ---------------
TOTALS                    5,493.46             5,493.46

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10356 TOMMY E RICE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```